# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 08-3939

—————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| Roger Allan Rowley, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

—————

Submitted: May 18, 2009
Filed: May 26, 2009

—————

Before RILEY, SMITH, and BENTON, Circuit Judges.

—————

PER CURIAM.

Roger Rowley (Rowley) brings this direct criminal appeal of the sentence the district court[1] imposed upon revoking his supervised release. Counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).

On November 26, 2008, the court revoked Rowley's supervised release and sentenced him to 14 months imprisonment and 22 months of supervised release; the court entered judgment that same day. The notice of appeal, filed on December 12,

---

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

2008, was untimely by one day because it was not filed within 10 days of entry of judgment.  See Fed. R. App. P. 4(b)(1)(A)(i).  A district court may grant a defendant an additional 30 days in which to file a notice of appeal upon a showing of excusable neglect or good cause.  See Fed. R. App. P. 4(b)(4).

Counsel's motion is held in abeyance, and the case is remanded to the district court to determine whether the time for filing a notice of appeal should be extended under Rule 4(b)(4).  See United States v. Austin, 217 F.3d 595, 598 (8th Cir. 2000); United States v. Petty, 82 F.3d 809, 810 (8th Cir. 1996) (per curiam).  Upon making that determination, the district court shall return the case to this court for dismissal or further proceedings, as may be appropriate.

_____